EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2014 TSPR 124 |
|---|---|
| Medidas judiciales para atender emergencia causada por el Huracán Gonzalo | 191 DPR ____ |

Número del Caso: EM-2014-8

Fecha: 15 de octubre de 2014

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Medidas judiciales
para atender
emergencia causada
por el Huracán Gonzalo

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de octubre de 2014.

El 12 de octubre de 2014, el Servicio Nacional de Meteorología emitió una vigilancia de huracán y aviso de tormenta tropical debido al paso de la tormenta Gonzalo. Por tal razón, se decretó el cierre de los tribunales en las regiones judiciales de Fajardo y Humacao el martes, 14 de octubre de 2014.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en las regiones judiciales de Fajardo y Humacao, se aplicará los dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el 14 de octubre de 2014 como si fuera feriado en las mencionadas regiones judiciales. Los términos que venzan ese día respecto a dichos casos y asuntos quedarán prorrogados hasta el próximo día laborable, 15 de octubre de 2014.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo